

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov



FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

March 5, 2013

Ms. Denise Lucks,
Clerk
United States District Court
District of Nebraska
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

RE: **District Court of Guam Magistrate Case MJ-13-00034-001**
  **USA vs Jason Flanary**
  **District of Nebraska Case No. 12MJ388**

Dear Ms. Lucks:

The above-entitled case has been ordered removed back to your district. Mr. Jason Flanary appeared in our district on March 4, and waived identity. Mr. Flanary was remanded to the custody of the U.S. Marshal's Office for the District of Guam for removal.

You may access electronically filed documents in this case via our ECF/PACER web address: http://ecf.gud.uscourts.gov.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Walter M. Tenorio
Deputy Clerk

CLOSED

# Civil/Criminal CM/ECF System
# District Court of Guam (Hagatna)
# CRIMINAL DOCKET FOR CASE #: 1:13-mj-00034-1

Case title: USA v. Flanary  
Other court case number: 12MJ388 District of Nebraska

Date Filed: 03/04/2013  
Date Terminated: 03/04/2013

Assigned to: Magistrate Judge Joaquin V.E. Manibusan, Jr

**Defendant (1)**

**Jason Flanary**  
*TERMINATED: 03/04/2013*

represented by **John T. Gorman**  
Office Of The Federal Public Defender  
400 Route 8, Suite 501  
First Hawaiian Bank Building  
Mongmong, GU 96910-  
671-472-7111  
Fax: 671-472-7120  
Email: john_t_gorman@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2251.F, 18:2252.F

**Disposition**

**Plaintiff**

**USA**  represented by  **Frederick A. Black**
U.S. Attorney's Office, District of Guam
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, GU 96910
671-472-7332
Fax: 671-472-7334
Email: frederick.black@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2013 | | Arrest (Rule 40) of Jason Flanary. (wmt, ) (Entered: 03/04/2013) |
| 03/04/2013 | 1 | Petition for Warrant of Removal as to Jason Flanary. (Attachments: # 1 Cover Sheet)(wmt, ) (Entered: 03/04/2013) |
| 03/04/2013 | | Request for Hearing as to Jason Flanary : Initial Appearance re Petition for Writ of Removal set for 3/4/2013 at 02:45 PM in 3rd Floor Courtroom before Magistrate Judge Joaquin V.E. Manibusan Jr. (wmt, ) (Entered: 03/04/2013) |
| 03/04/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge Joaquin V.E. Manibusan, Jr: Initial Appearance re Petition for Writ of Removal as to Jason Flanary held on 3/4/2013. John Gorman for defendant. Removal Identity hearing waived. Defendant remanded to the custody of the U.S. Marshals Service and to be transferred to the District of Nebraska. (Court Recorder Walter Tenorio. )(Start Time: 2:58, End Time: 3:03.) (wmt, ) (Entered: 03/04/2013) |
| 03/04/2013 | 3 | Appointment Order. Appointment of John T. Gorman for Jason Flanary. Signed by Magistrate Judge Joaquin V.E. Manibusan, Jr on 3/4/2013. (wmt, ) (Additional attachment(s) added on 3/5/2013: # 1 Main Document) (wmt, ). (Entered: 03/04/2013) |
| 03/04/2013 | 4 | Waiver of Identity Hearings filed by Jason Flanary. (wmt, ) (Entered: 03/04/2013) |
| 03/04/2013 | 5 | Order of Removal as to Jason Flanary re 1 Petition for Warrant of Removal, Jason Flanary terminated. Signed by Magistrate Judge Joaquin V.E. Manibusan, Jr on 3/4/2013. (wmt, ) (Entered: 03/04/2013) |
| 03/04/2013 | 6 | Warrant of Removal to District of Nebraska Issued as to Jason Flanary. (wmt, ) (Entered: 03/04/2013) |
| 03/05/2013 | | Court Certificate of Service as to Jason Flanary re 6 Warrant of Removal Issued, 5 Order, Terminate Parties, USMS acknowledged receipt on 3/5/2013. (wmt, ) (Entered: 03/05/2013) |
| 03/05/2013 | 7 | Clerk's Certificate of Transmittal re 5 Order of Removal to the District of Nebraska as to Jason Flanary. (wmt, ) (Entered: 03/05/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/12/2013 03:29:18 | | | |
| **PACER Login:** | us3830 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-mj-00034 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

CLERK'S OFFICE
DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

OFFICIAL BUSINESS

6810291322 0016

Ms. Denise Lucks,
Clerk
United States District Court
District of Nebraska
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

GUAM 6 MAR 2013

neopost
03/05/2013
$0.460
Mailed From 96910
US POSTAGE