# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: MJ-13-00034                           DATE: March 04, 2013

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio             Electronically Recorded: 2:58 - 3:03

**APPEARANCES:**

Defendant: Jason Flanary                        Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.              ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black               U.S. Agent:
U.S. Probation: Maria Cruz
Interpreter:                                    Language:

**PROCEEDINGS: Initial Appearance re Petition for Writ of Removal**
- Financial Affidavit reviewed and accepted: <u>John Gorman, Federal Public Defender</u> appointed to represent the defendant.
- Defendant advised of his rights and charges.
- Removal/Identity Hearing <u>waived</u>.
- Defendant remanded to the custody of the U.S. Marshals Service and to be transferred to the District of Nebraska.

NOTES: