1
2
3
4
5
6          DISTRICT COURT OF GUAM
7          TERRITORY OF GUAM
8

9  UNITED STATES OF AMERICA,            MAGISTRATE CASE NO. 13-00034

10          Plaintiff,

11      vs.                             **APPOINTMENT ORDER**

12  JASON FLANARY,

13          Defendant.

14

15      IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

16  represent the defendant in the above-entitled case.

17

18                **/s/ Joaquin V.E. Manibusan, Jr.**
19                                       **U.S. Magistrate Judge**
20                                    **Dated: Mar 04, 2013**
21
22
23
24
25
26
27
28