☐ ORIGINAL

ALICIA A.G. LIMTIACO
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 04 2013
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 13-00034 |
|---|---|
| Plaintiff, | ) |
| vs. | ) WAIVER OF IDENTITY |
| JASON FLANARY, | ) |
| Defendant. | ) |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the District of Nebraska where there is a warrant outstanding for his arrest.

3/4/2013
DATE

JASON FLANARY
Defendant

APPROVED AS TO FORM:

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

ORIGINAL