ALICIA A.G. LIMTIACO
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam  96910
PHONE: 472-7332
FAX:  472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 13-00034 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WARRANT OF REMOVAL** |
| | ) | |
| JASON FLANARY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    U.S. MARSHAL
       District of Guam

    A complaint for defendant, JASON FLANARY, having been filed in the United States District Court for the District of Nebraska, Case No. 8:12MJ388, charging him with Production of Child Pornography with Intent to Transport to the U.S. in violation of Title 18, United States Code, Section 2251(c) and Transportation of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(1) and a Warrant for Arrest having been issued for his arrest, and

    Said JASON FLANARY, having been arrested in this District on a warrant of arrest issued pursuant to the above complaint, admitted identity, and to being held to answer in the District of Nebraska, JASON FLANARY, is committed to your custody pending removal to the

1  District of Nebraska;

2      You are therefore commanded to remove JASON FLANARY, forthwith to the District of

3  Nebraska and there deliver him to the United States Marshal for the District or to some other

4  officer authorized to receive him.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
Dated: Mar 04, 2013