IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CR104 |
| vs. | | |
| JASON FLANARY, | | ORDER |
| Defendant. | | |
| UNITED STATES OF AMERICA, | | 8:13CR105 |
| Plaintiff, | | |
| vs. | | |
| TIMOTHY DEFOGGI, and ZACKARY AUSTIN, | | ORDER |
| Defendants. | | |
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CR106 |
| vs. | | |
| RUSSELL GLENN PIERCE, DAVID WILLIAM PEER, JOHN DOE # 3, JOHN DOE # 4, JOHN DOE # 5, JOHN DOE # 6, JOSHUA WELCH, and THOMAS SPENCER, | | ORDER |
| Defendants. | | |
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:13CR107 |
| vs. | | |
| JOHN DOE # 1, JOHN DOE # 2, JOHN DOE # 3, VINCENT DIBERARDINO, JOHN DOE # 5, | | ORDER |

**MICHAEL HUYCK,**
**JOHN DOE # 7,**
**JOHN DOE # 8,**
**BRANDON MOORE,**
**JOHN SEBES, and**
**GARY REIBERT,**

        Defendants.

**UNITED STATES OF AMERICA,**

        Plaintiff,

  vs.

**KIRK COTTOM,**
**JOHN DOE # 2, and**
**KEVIN M. PITMAN**

        Defendants.

**8:13CR108**

**ORDER**

    This matter is before the court on the United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108). Upon consideration,

    **IT IS ORDERED**:

    1.    The United States of America's Ex Parte Emergency Motion For Substitution of Redacted Indictments (Filing No. 33 in 8:13CR104; Filing No. 39 in 8:13CR105; Filing No. 67 in 8:13CR106; Filing No. 90 in 8:13CR107; Filing No. 48 in 8:13CR108) is granted in all cases.

    2.    The Clerk of the District Court is directed to replace the publicly available Indictments and Superseding Indictments in the above-referenced cases with the redacted Indictments and Superseding Indictments set forth in the United States of America's Indices of Evidence (Filing No. 34 - Ex. 1 in 8:13CR104; Filing No. 40 - Ex. 2 in 8:13CR105; Filing No. 68 - Exs. 3 and 4 in 8:13CR106; Filing No. 91 - Exs. 5 and 6 in 8:13CR107; Filing No. 49 - Exs. 7 and 8 in 8:13CR108).

    Dated this 14th day of June, 2013.

                              BY THE COURT:

                              s/ Thomas D. Thalken
                              United States Magistrate Judge