UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JASON FLANARY,<br><br>              Defendant. | 8:13CR104<br><br>FINAL ORDER OF FORFEITURE |

      This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 63).   The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

      1.   On May 30, 2014, the Court entered a Preliminary Order of Forfeiture (Filing No. 53) pursuant to the provisions of Title 18, United States Code, Sections 2252A(g) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein.   By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Flash drive, memory card, and notebook was forfeited to the United States.

      2.   Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 16, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed herein on October 7, 2014 (Filing No. 62).

      3.   The Court has been advised by the United States no Petitions have been filed.   From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Flash drive, memory card, and notebook, held by any person or entity, are hereby forever barred and foreclosed:

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 8th day of October, 2014.

**BY THE COURT:**

**s/ Joseph F. Bataillon**
**Senior United States District Court**